IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GURMEET SINGH DHINSA, :
:
    Petitioner : CIVIL NO. 3:12-CV-912
:
v. : (JUDGE NEALON)
: (MAGISTRATE JUDGE SMYSER)
H.L. HUFFORD, WARDEN, :
:
    Respondent :

## ORDER

**NOW, THIS 17th DAY OF AUGUST, 2012,** for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (Doc. 9) is **ADOPTED**;

2. The petition for a writ of habeas corpus (Doc. 1) is **TRANSFERRED** to the United States District Court for the Eastern District of New York;

3. The transfer is made without prejudice to Petitioner's ability to reinstate the action in the court of confinement if the United States District Court for the Eastern District of New York should dismiss his petition for lack of jurisdiction; and

4. The Clerk of Court shall **CLOSE** this case.

                          /s/ William Nealon
                         United States District Judge

FILED
SCRANTON
AUG 17 2012

PER _____
      DEPUTY CLERK